IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**BRADSHAW FAMILY TRUST, INC.**
**d/b/a HUNTON OFFICE SUPPLY, INC.**                          **PLAINTIFF**

V.                                      NO. 2:21CV00103 JM

**TWIN CITY FIRE INSURANCE COMPANY**                          **DEFENDANT**


## JUDGMENT

Consistent with the Order entered on this day, this case is dismissed with prejudice. All relief sought is denied, and the case is closed.

Dated this 31st day of March, 2023.

_____
James M. Moody Jr.
United States District Judge